UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 22-018 |
| RANDI LEWIS | * | SECTION: "I" |

### EXPARTE MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD AND APPOINTMENT OF NEW COUNSEL

**COMES NOW,** Assistant Federal Public Defender Jerrod Thompson, who, being present counsel of record for defendant, Randi Lewis in the above entitled and numbered proceeding, respectfully moves this Honorable Court for the entry of an order granting the Office of the Federal Public Defender leave to withdraw as counsel of record in the instant proceeding; said order to further direct the appointment of Avery Pardee, Esquire, a member of the Criminal Justice Act Panel, as new counsel for the defendant. As grounds for this motion, present counsel shows that:

Undersigned counsel has accepted a position as an Assistant Federal Public Defender at the Federal Public Defender's office in the Northern District of California, therefore it is necessary that he withdraw as counsel of record for the defendant in this matter.

Counsel for defendant avers that the interest of the defendant, and the ends of justice would best be served by permitting present counsel to withdraw as counsel of record in this matter, at which time Avery Pardee, Esquire will be appointed to represent the defendant.

Respectfully submitted, this 24th day of July, 2023.

        CLAUDE J. KELLY
        Federal Public Defender


        /s/Jerrod Thompson
        JERROD THOMPSON
        Assistant Federal Public Defender
        500 Poydras Street, Suite 318
        New Orleans, Louisiana 70130
        Telephone: (504) 589-7930
        e-mail: jerrod_thompson@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following: All counsel of record. I further certify that mailed the foregoing document and the notice of electronic filing to the following non-CM/ECF participants: Randi Lewis.

/s/Jerrod Thompson
JERROD THOMPSON
Assistant Federal Public Defender